LANSING BOILER & ENGINE WORKS v. JOSEPH T. RYERSON & SON et al. (Circuit Court of Appeals, Sixth Circuit. November 15, 1904.) No. 1,376. Appeal from the District Court of the United States for the Western District of Michigan. Bowen, Douglas, Whiting & Murfin, for appellant. No opinion. Dismissed on stipulation. See 128 Fed. 701, 63 C. C. A. 253.

---

LEATHERS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 7, 1904.) No. 1,350. In Error to the District Court of the United States for the Northern District of Georgia. John F. Methvin, for plaintiff in error. E. A. Angier, Geo. L. Bell, and C. D. Camp, for the United States. Before PARDEE and SHELBY, Circuit Judges, and TOULMIN, District Judge.

PER CURIAM. After a careful examination of the statutes of the United States involved in this case, and the record and briefs, we are of opinion that the petition filed by the plaintiff in error in the court below shows no sufficient facts entitling the petitioner to relief, and that the demurrer to said petition was properly sustained. The judgment of the District Court (127 Fed. 776) is affirmed.

---

LINDSAY v. TEXAS & P. RY. CO. (Circuit Court of Appeals, Fifth Circuit. December 3, 1904.) No. 1,330. In Error to the Circuit Court of the United States for the Northern District of Texas. S. P. Hardwicke and G. E. Miller, for plaintiff in error. B. C. Bidwell, T. J. Freeman, and J. M. Wagstaff, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Under the evidence the negligence of the plaintiff in error was the proximate cause of his injury, and there is nothing to show that the railway company or its employés were in fault. The peremptory instruction in favor of the defendant below was required under the proved facts, and the judgment of the Circuit Court is affirmed.

---

LOVELAND et al. v. ELGIN NAT. WATCH CO. (Circuit Court of Appeals, Eighth Circuit. October 24, 1904.) No. 2,135. Appeal from the Circuit Court of the United States for the Northern District of Iowa. Dutcher & Davis, Chas. A. Clark & Son, and Wm. G. Clark, for appellants. Frank F. Reed, Edward S. Rogers, and Cooper, Clemans & Lamb, for appellee. No opinion. Appeal docketed and dismissed, with costs, per stipulation, and on motion of appellee. Attorney fee waived by appellee. See 132 Fed. 41.

---

MOK GEE YING v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 10, 1904.) No. 844. Appeal from the District Court of the United States for the Northern District of California. George A. McGowan and A. L. Worley, for appellant. Marshall B. Woodworth, U. S. Atty.

PER CURIAM. Upon motion of Marshall B. Woodworth, U. S. Atty., appeal dismissed, upon authority of opinion in case No. 830. Mok Chung v. U. S., 133 Fed. 166.

---

RODIGER v. THADDEUS DAVIDS MFG. CO. (Circuit Court of Appeals, Second Circuit. November 21, 1904.) No. 50. Appeal from the Circuit Court of the United States for the Southern District of New York. Frank T. Brown, for appellant. W. P. Preble, Jr., for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. The decree of the Circuit Court is affirmed, with costs, on the opinion below, reported in 126 Fed. 960.